**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAKHTAR YAHIA NAJI** | ) | |
| **AL WARAFI (ISN 117),** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-1254 (RCL)** |
| | ) | |
| **BARACK OBAMA,** | ) | |
| **President of the United States,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Upon consideration of respondents' Motion [684] for Leave to Amend the Factual Return for Petitioner Al Warafi (ISN 117) to Include Additional Evidence, the opposition thereto, the applicable law, and the entire record herein, it is, for the reasons stated in the separate Memorandum, hereby

ORDERED that respondents' motion is DENIED.

Signed by Royce C. Lamberth, Chief Judge, on December 4, 2009.